# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BUTTE DIVISION

| | |
|---|---|
| IN RE: SNOWFLAKE, INC., DATA SECURITY BREACH LITIGATION | Case No. 2:24-MD-03126-BMM |

## LENDINGTREE, LLC AND QUOTEWIZARD.COM, LLC'S MOTION FOR LEAVE TO FILE CERTAIN EXHIBITS TO THEIR FORTHCOMING MOTION TO COMPEL ARBITRATION UNDER SEAL

Pursuant to Federal Rule of Civil Procedure 5.2 and Local Rule 5.2(b), Defendants LendingTree, LLC and QuoteWizard.com, LLC ("LendingTree") move to file unredacted Exhibits A, B, C, F, G, and H (the "Confidential Exhibits") to Exhibit 1 to LendingTree's forthcoming Motion to Compel Arbitration, the Declaration of Joel Peterson, under seal. Redacted versions of the Confidential Exhibits are filed concurrently with this Motion as Exhibits A, B, C, F, G, and H. Redacted versions of the Confidential Exhibits will be publicly filed with LendingTree's forthcoming Motion to Compel Arbitration.

These Confidential Exhibits are documents containing Plaintiffs' personally identifying information ("PII"), which is defined as "Confidential" information in the Court's Confidentiality Order issued on February 6, 2025 (ECF No. 333). These

-1-

exhibits contain certain PII, including but not limited to Plaintiffs' contact information, the last 4 digits of social security numbers, and addresses. As such, LendingTree respectfully asks the Court for leave to file the Confidential Exhibits to its forthcoming Motion to Compel Arbitration under seal.

Counsel for Plaintiffs, Raph Graybill and James Pizzirusso, have been contacted and have no objection to this Motion. A proposed order has been submitted contemporaneously as Exhibit 1 to this Motion.

Dated: May 16, 2025     Respecfully submitted by:

*(signature)*

Paul A. Werner
David M. Poell
Kathryn J. Ryan
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
2099 Pennsylvania Avenue NW
Washington, D.C. 20006
Telephone: 202-747-1900
Facsimile: 202-747-1901
pwerner@sheppardmullin.com
dpoell@sheppardmullin.com
katryan@sheppardmullin.com.

*Attorneys for Defendants LendingTree, LLC and QuoteWizard.com, LLC*

-2-